IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JUANA ROMERO<br>Defendant | CRIMINAL 12-0848CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 2, 2013 (**docket entry 29**) on a Rule 11 proceeding of defendant Juana Romero held before U.S. Magistrate Judge Bruce J. McGiverin on April 1, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 1, 2013. The **sentencing hearing is set for July 10, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge